UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:
_____

|  |  |
|---|---|
| GOPRO, INC. | : |
|  | : |
| Plaintiff, | : Court Nos. 20-00085, 20-00095 |
|  | : and 20-00176, 21-00058 |
| v. | : |
|  | : |
| UNITED STATES, | : |
|  | : |
| Defendant. | : |

_____

## ORDER

Upon consideration of plaintiff's consent motion to designate Court No. 20-00176 as a test case pursuant to U.S. Court of International Trade Rule 83(f), and to suspend Case Nos. 20-00085, 20-00095 and 21-00058 pursuant to Rule 83(i), it is:

**ORDERED** that Court No. 20-00176 is designated a test case, and

**ORDERED** that the following cases are suspended under test case 20-00176:

| CIT Number | Plaintiff Name |
|---|---|
| 20-00085 | GoPro, Inc. |
| 20-00095 | GoPro, Inc. |
| 21-00058 | GoPro, Inc. |

SO ORDERED

_____
Judge

New York, New York
This____day of April 2021

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

|  |  |
|---|---|
| GOPRO, INC. | : |
|  | : |
| Plaintiff, | : Court Nos. 20-00085, 20-00095 |
|  | : and 20-00176, 21-00058 |
| v. | : |
|  | : |
| UNITED STATES, | : |
|  | : |
| Defendant. | : |

**CONSENT MOTION TO DESIGNATE A TEST CASE
AND SUSPEND ADDITIONAL CASES UNDER THE TEST CASE**

Plaintiff, through its undersigned attorney, respectfully files this motion, pursuant to U.S. Court of International Trade ("USCIT") Rules 7 and 83, to designate Court No. 20-00176 as a test case and to suspend thereunder all of the other pending actions identified at **Exhibit 1** of this motion.

**The proposed test case: CIT GoPro, Inc. Case 20-00176**. The proposed test case concerns whether imported camera housings, subject to classification as "cases" under heading 4202, should instead be correctly classified as "camera parts" under heading 8525. The action itself pertains to numerous protests and numerous entries of various models of camera housings that have been imported since 2014.

USCIT Rule 83(e) defines a test case as one selected from a group of cases involving the "same significant question of law or fact" that "is intended to proceed first to final determination and serve as a test of the right to recovery in the other actions." A motion to designate a test case must state the movant's intention to "actively prosecute [the test case]

once designated" and plaintiff confirms this to be its intent.  Second, the movant for test case status must establish that the cases to be suspended under the test case involve the "same significant question of law or fact."  Plaintiff attests that the other cases listed for suspension in Exhibit 1 concern the same question of law that has been described above.

    For the reasons set forth above, and with consent of the government, the plaintiff respectfully requests that Court No. 20-00176 be designated a test case, and that the actions identified in Exhibit 1 be suspended under the test case.

                                                        Respectfully submitted,

                                                        JUNKER & NAKACHI, PC
                                                        Attorneys for Plaintiff
                                                        One Market Street, Suite 3600
                                                        San Francisco, CA 94105
                                                        Tel. (415) 498-0070

                                        By: _Matt Nakachi_____.

Dated:  San Francisco, CA
          April 10, 2021

# EXHIBIT 1

## Schedule of Cases to be Suspended under Test Case

### GoPro, Inc. v. United States, CIT No. 20-00176

| CIT Number | Plaintiff Name |
|---|---|
| 20-00085 | GoPro, Inc. |
| 20-00095 | GoPro, Inc. |
| 21-00058 | GoPro, Inc. |