UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| GOPRO, INC. | : |
| Plaintiff, | : Court Nos. 20-00085, 20-00095 |
| | : and 20-00176, 21-00058 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

**ORDER**

Upon consideration of plaintiff's consent motion to designate Court No. 20-00176 as a test case pursuant to U.S. Court of International Trade Rule 83(f), and to suspend Case Nos. 20-00085, 20-00095 and 21-00058 pursuant to Rule 83(i), it is:

**ORDERED** that Court No. 20-00176 is designated a test case, and

**ORDERED** that Court Nos. 20-00085, 20-00095 and 21-00058 involve the same significant question of law with the above captioned case, and shall be placed by the Clerk of the Court on the Suspension Calendar in accordance with Rule 83 pending final determination of case 20-00176 granted test case designation.

SO ORDERED

/s/ Timothy M. Reif
Judge

Dated: New York, New York
April 22, 2021