UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE JUDGE TIMOTHY M. REIF

## MANIFEST

**Court No. 20-176(TMR)**
Jurisdiction: 28 USC § 1581(a)

**Oral Argument**
March 15, 2023 at 2:00 pm
Courtroom No. 1

*GoPro, Inc.*
*Plaintiff,*

v.

*United States of America*
*Defendant,*

___

## COUNSEL

| Plaintiff | Defendant |
|---|---|
| GoPro, Inc. | United States |
| | |
| Alena A. Eckhardt | Edward Kenny |
| Matthew Nakachi | U.S. Department of Justice |
| Junker & Nakachi, P.C. | |
| | Paula Smith |
| | U.S. Customs and Border Protection |