UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **GOPRO, INC.,**<br><br>  Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>  Defendant. | Before: Timothy M. Reif, Judge<br><br>Consol. Court No. 20-00176 |

## JUDGMENT

This action having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that plaintiff's motion for summary judgment is granted; and it is further

**ORDERED** that defendant's cross motion for summary judgment is denied.

/s/   Timothy M. Reif
     Judge

Dated: January 9, 2024
    New York, New York